479 A.2d 1104

Commonwealth v. Rawlings, Appellant.
Petition for Allowance of Appeal
Denied Oct. 2, 1984.

Submitted March 23, 1984. Paulette J. Balogh, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.